IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JIM CLAYPOOL | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-CV-867-RP |
| | § | |
| STEADFAST INSURANCE COMPANY | § | |
|     Defendant. | § | |

## **PLAINTIFF'S DEMAND FOR JURY TRIAL**

Plaintiff, Jim Claypool, asserts his right under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Respectfully submitted,