# CERTIFICATE OF SERVICE

I certify that on the 13th day of September, 2019 a true and correct copy of the foregoing document was served to each person listed below by the method indicated as provided by Tex. R. Civ. P. 21 and 21a.

/s/ *Daniel J. Christensen*
DANIEL J. CHRISTENSEN

| | |
|---|---|
| William J. Akins<br>SBN: 24011972<br>FISHERBROYLES LLP<br>100 Congress Avenue. Ste. 2000<br>Austin, Texas 78701<br>William.akins@fisherbroyles.com<br>P: (214)924-9504<br><br>Bryan D. Pollard<br>SBN: 00795592<br>FISHERBROYLES LLP<br>Highland Park Place<br>4514 Cole Avenue, Ste. 600<br>Dallas, TX 75205<br>Bryan.pollard@fisherbroyles.com<br>P: (214)984-7153<br>F: (214)279-7192<br><br>**Attorneys for Defendant Steadfast Insurance Company** | ___CERTIFIED MAIL, RETURN RECEIPT REQUESTED:<br><br>→ E-FILING AND/OR E-SERVICE<br><br>____ EMAIL TRANSFER<br><br>____ FACSIMILE TRANSFER |