IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JIM CLAYPOOL | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-CV-867-RP |
| | § | |
| STEADFAST INSURANCE COMPANY | § | |
|     Defendant. | § | |

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff, Jim Claypool, asserts his right under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

**Respectfully Submitted,**

*/s/ Dan Christensen*
**DC LAW, PLLC**
Dan Christensen
SBN: 24010695
danjchristensen@gmail.com
1012 W. Anderson Ln.
Austin, Texas 78757
T: (512) 220-1800
F: (512) 220-1801
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on the 13th day of September, 2019 a true and correct copy of the foregoing document was served to each person listed below by the method indicated as provided by Tex. R. Civ. P. 21 and 21a.

/s/ *Daniel J. Christensen*
DANIEL J. CHRISTENSEN

| | |
|---|---|
| William J. Akins<br>SBN: 24011972<br>FISHERBROYLES LLP<br>100 Congress Avenue. Ste. 2000<br>Austin, Texas 78701<br>William.akins@fisherbroyles.com<br>P: (214)924-9504<br><br>Bryan D. Pollard<br>SBN: 00795592<br>FISHERBROYLES LLP<br>Highland Park Place<br>4514 Cole Avenue, Ste. 600<br>Dallas, TX 75205<br>Bryan.pollard@fisherbroyles.com<br>P: (214)984-7153<br>F: (214)279-7192<br><br>**Attorneys for Defendant Steadfast Insurance Company** | ___CERTIFIED MAIL, RETURN RECEIPT REQUESTED:<br><br>→ E-FILING AND/OR E-SERVICE<br><br>____ EMAIL TRANSFER<br><br>____ FACSIMILE TRANSFER |