IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JIMMY LEE CLAYPOOL | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:19-CV-867-RP |
| | § | |
| STEADFAST INSURANCE COMPANY | § | |
|     Defendant. | § | |

**ORDER ON**
**DEFENDANT'S MOTION TO DISMISS**

After considering Defendant's Motion to Dismiss and Plaintiff's response, the Court DENIES the motion.

SIGNED on _____, 2019.

_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:

*/s/ Dan Christensen*
**DC LAW, PLLC**
Dan Christensen
SBN: 24010695
danjchristensen@gmail.com
1012 W. Anderson Ln.
Austin, Texas 78757
T: (512) 220-1800
F: (512) 220-1801
*Attorney for Plaintiff*