UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Jimmy Lee Claypool | § § § § § | |
| vs. | | NO: AU:19-CV-00867-RP |
| Steadfast Insurance Company | | |

**ORDER RESETTING**

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on January 17, 2020 at 09:30 AM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on 13th day of January, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE