# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:

DAVID PATRICK JOINER

Case No: 20-11039-HCM

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Carl D. Neff__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent __Alan Docherty and Denise Docherty__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __FisherBroyles, LLP__,

    with offices at

    Mailing address: __1521 Concord Pike, Suite 301__

    City, State, Zip: __Wilmington, Delaware 19803__

    Telephone: __302-482-4244__  Fax: __302-295-0331__

    Email Address: __carl.neff@fisherbroyles.com__

2. Since __December 2006__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Delaware__. Applicant's bar license number is __4895__.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
| --- | --- |
| Delaware; District of Delaware | 12/15/2006; 1/18/2007 |
| New Jersey; District of New Jersey | 1/13/2006; 2/1/2006 |
| New York; Southern District NY | 6/19/2012; 1/18/2013 |
| Washington, D.C.; Dist. of Columbia | 5/1/2009; 8/6/2018 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____ Carl D. Neff _____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*/s/ C.D. Neff*
[Signature of Applicant]

Carl D. Neff
[Printed name of Applicant]

1521 Concord Pike Wilmington DE 19803
[Address of Applicant]

302-482-4244
[Telephone of Applicant]

carl.neff@fisherbroyles.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion on this the 24th day electronically or by First Class U.S. Mail, postage prepaid, in accordance with the Bankruptcy Rules to the following:

Debtor:
David Patrick Joiner
1618 Harvest Bend Lane
Cedar Park, Texas 78613

U.S. Trustee:
Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
Email: rosherow@hotmail.com

Debtor's Attorney:
Frank B. Lyon
Two Far West Plaza #170
3508 Far West Blvd.
Austin, Texas 78731
Email: franklyon@me.com

*/s/ Carl D. Neff*

Name of Applicant: Carl D. Neff
Address: 1521 Concord Pike Wilmington DE 19803
Telephone: 302-482-4244
Email: carl.neff@fisherbroyles.com

###