IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JIMMY LEE CLAYPOOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:19-CV-867-RP |
| v. | ) |
| | ) |
| STEADFAST INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS

TO THE HONORABLE FEDERAL DISTRICT JUDGE ROBERT PITMAN:

1. Plaintiff Jimmy Lee Claypool ("Plaintiff") and Defendant Steadfast Insurance Company ("Steadfast") jointly move this Court for an order dismissing this case with prejudice.

2. In support of this motion, the parties state the matters in dispute between Plaintiff and Defendant have been resolved.

3. Plaintiff and Defendant pray that this Court enter an order dismissing this suit with prejudice, with each party to bear its own fees, costs, expenses, and costs of court.

Respectfully submitted,

/s William Akins
_____
Bryan D. Pollard
State Bar No. 00795592
FISHERBROYLES, LLP
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
bryan.pollard@fisherbroyles.com
Telephone: (214) 984-7153
Facsimile: (214) 279-7192

William J. Akins
State Bar No. 24011972
william.akins@fisherbroyles.com
Telephone: (214) 924-9504
Bradley B. Bush
State Bar No. 24057787
bradley.bush@fisherbroyles.com
Telephone: (512) 766-6226
FISHERBROYLES, LLP
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Facsimile: (214) 481-3768

ATTORNEYS FOR DEFENDANT

_____
Daniel J. Christensen
State Bar No. 24010695
dan.christensen@gmail.com
Christine R. Londergan
State Bar No. 24109483
christine@texasjustice.com
DC LAW, PLLC
1012 W. Anderson Lance
Austin, Texas 78757
Telephone: (512) 220-1800
Facsimile: (512) 220-1800

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2020, a true and correct copy of this document was served in accordance with the Federal Rules of Civil Procedure to Plaintiff's counsel.

s/ William Akins
William J. Akins